UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAGNITUDE 7 METALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:23-cv-00186-ACL |
| | ) |
| ACE AMERICAN INSURANCE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Presently pending before the Court is Plaintiff's Motion for Involuntary Dismissal Without Prejudice for Lack of Jurisdiction. Doc. [17].

On November 13, 2023, the Court noted that the Complaint failed to plead facts establishing diversity of citizenship and directed Plaintiff to show cause why this action should not be dismissed for lack of jurisdiction. Doc. [6]. Plaintiff timely requested and received multiple extensions of time, through July 19, 2024, to respond to the Court's Show Cause Order.

On July 9, 2024, Plaintiff filed the instant Motion for Involuntary Dismissal Without Prejudice for Lack of Jurisdiction, in which Plaintiff states that it prefers to avoid engaging the resources of the parties and the Court in further development of the jurisdictional question. Plaintiff requests that the Court dismiss the action without prejudice for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Involuntary Dismissal Without Prejudice for Lack of Jurisdiction, Doc. [17], is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **dismissed without prejudice for lack of subject matter jurisdiction**. *See* Fed. R. Civ.P.12(h)(3).

Dated this 10th day of July, 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE